SUNDAY 10.10.10     PLEASE SEND ME FILED COPY

CHRIST PRESIDENT 2010
"PAPA" Joseph Alldredge
P82018 @ C8-111
NEW ADDRESS → P.O. BOX 5103
DELANO, CA. 93216-5103
"KINGDOM of HEAVEN"

**FILED**
NOV 03 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

CAND.USCOURTS.GOV    NORTHERN FEDERAL COURT
JUDGE MAXINE M. CHESNEY

"PAPA" Joseph Alldredge     CASE: # C-06-7147-MMC
DBA: "CHRIST PRESIDENT 2010"
1776 First Amendment Petitioner    MOTION & PETITION FOR A
vs.    WRIT of MANDAMUS
Arnold Schwarzenegger    to COMPELL COURT CLERK to
EX-TERMINATOR · GOVERNATOR    PROVIDE A "SIMPLE EXPLANATION"
RESPONDENT    AS TO WHY "NO DECISION RENDERED".

"Request for a Simple Explanation"

It has been "3" three Years 12.07.2007 over 1,000 days, since my "TRAVERSE" was filed on my "FARETTA ISSUE". AND NO DECISION has been RENDERED ON MY HABEAS CORPUS. I AM (JESUS) '72' 9.21.1938 DEAF · BLIND · & DYING of CONGESTIVE HEART FAILURE. I shall soon be F.U.B.A.R.'d AND UNABLE to "COGITO ERGO SUM" 'I think therefore I AM'.

A:) PLEASE SEND ME A COPY OF MY "CIVIL DOCKET CASE SUMMARY"
B:) PLEASE SEND ME A "SIMPLE EXPLANATION" WHY?
NO DECISION has been RENDERED IN THREE YEARS OVER 1,000 DAYS ON MY "FARETTA ISSUE"

DATE: 10.10.10    SIGNED "PAPA" Joseph Alldredge
DBA "CHRIST PRESIDENT 2010"
1776 "FIRST AMENDMENT PETITIONER"
DEC 16th. 1773 "TEA PARTY" · LIBERTARIAN LAISSEZ-FAIRE CAPITALIST"

SUNDAY 10.10.10 CASE: C-06-7147-MMC

GOD·SEED COURT CLERK of Judge MAXINE M. CHESNEY

A:) PLEASE SEND ME A FILED COPY

B:) PLEASE UPDATE YOUR MAILING LIST to MY NEW ADDRESS

↓

```
"PAPA" Joseph ALLDREDGE
P82018 @ C8-111
P.O. BOX 5103
DELANO, CA. KALE·fiorina©
93216 + 5103 U.S. AMERIKA©
"KINGDOM of HEAVEN"
```
← NEW ADDRESS

GOD·SEED

Pastor "PAPA" Joseph ALLDREDGE

Ram Rod '69 'NAM Kobra©

CAPTAIN USAF-SAC "MISS SPOKANE"

"Christ PRESIDENT 2010"

Dec 16th "1773 TEA PARTY· LIBERTARIAN LAISSEZ-FAIRE CAPITALIST"

"1776 FIRST AMENDMENT Petitioner"



Christ President 2010
Pastor "PAPA" Joseph Alldredge
PB2018 @ CB-111
P.O. Box 5103
Deland, CA. 93216-5103

10/01/10

LEGAL-Confidential

VOTE: TEA PARTY

Kern Valley State Prison
Facility-C1 Building 8

CAND.USCOURTS.GOV
Northern Federal Court
Judge Maxine M. Chesney
450 Golden Gate Ave
San Francisco, CA. Kale-Fiorina
94102    U.S. AMÉRIKA

"KINGDOM of HEAVEN"

10.10.10 SUNDAY

Vote~elect~ Tea Party ~ Meg Whitman ~ Carly Fiorina

Defeat-Destroy-All Daemoncrauts·Kommunists·Marxists·Socialists·

HomoSexual "Jerry Brown" "Barbara Boxer" Kommunists

Obama·Pelosi·Reid are Kommunists·Marxists·Socialists ("pickle up poverty")

("MichaelSavage.com")

Vote "Tea Party"

10·31·10